```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   EASTERN DIVISION
. . . . . . . . . . . . . . . . . )
                                   )
MARIAH I. FOY,                     )
              Plaintiff,           )
                                   )
V.                                 )Civil Action No. 4:05cv148TSL-JCS
                                   )
JO ANNE B. BARNHART,               )
Commissioner of Social             )
Security Administration,           )
              Defendant.           )
. . . . . . . . . . . . . . . . . )
```

## JUDGMENT

This matter having come on to be heard *sua sponte* on this date upon the Order to Show Cause of the United States Magistrate Judge entered in this cause on or about April 20, 2006 (Doc. No. 2), and the Court, after a full review of the record, finds that the Plaintiff has not complied with the Order to Show Cause and that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 14th day of August, 2006.

                                                                     /s/ Tom S. Lee
                                                                 UNITED STATES DISTRICT JUDGE